JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| TAVO SIMMONS, | CASE NO. CV 24-03467-CAS(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA PROBATION SUPERVISED RELEASE, ET. AL., | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: July 3, 2025

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE